IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:19 CR 737 |
| v. | ) | Title 21, United States Code, |
| | ) | Sections 841(a)(1), (b)(1)(A), |
| JERRY BRIAN STARR, | ) | (b)(1)(B), (b)(1)(C), (h), and 846 |
| Defendant. | ) | |

JUDGE ADAMS

COUNT 1
(Conspiracy to Distribute Controlled Substances, 21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about May 1, 2018 to on or about November 3, 2019, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JERRY BRIAN STARR, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree with each other to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, and mixtures and substances containing detectable amounts of heroin and fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

2. On or about July 14, 2018, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JERRY BRIAN STARR did knowingly and intentionally distribute 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 3
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about July 24, 2018, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JERRY BRIAN STARR did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about January 16, 2019, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JERRY BRIAN STARR did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 5
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

5. On or about February 16, 2019, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JERRY BRIAN STARR did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 6
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

6. On or about March 5, 2019, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JERRY BRIAN STARR did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 7
(Distributing Controlled Substances by Means of the Internet, 21 U.S.C. § 841(h))

The Grand Jury further charges:

7. From on or about May 1, 2018 to on or about November 3, 2019, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JERRY BRIAN STARR, and others known and unknown to the Grand Jury, did knowingly and intentionally deliver, distribute, and dispense a controlled substance by means of the internet: to wit, Defendant used dark net marketplace accounts to distribute 50 grams or more

of methamphetamine and mixtures and substances containing detectible amounts of heroin and fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(h), (b)(1)(A), and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

8. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 7 are incorporated herein by reference. As a result of the foregoing offenses, Defendant JERRY BRIAN STARR shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; and, any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.